■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROJAND, Appellant. [16 NYS3d 740]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered December 7, 2012, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of six months, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing for an express youthful offender determination (*see People v*

*Rudolph*, 21 NY3d 497 [2013]). Concur—Tom, J.P., Acosta, Moskowitz and Richter, JJ.